### (February 14, 1939.)

PIETRO BAIO, Respondent, v. ORAZIO MANGANO and Another, Doing Business in the Firm Name and Style of MANGANO BROS., etc., Appellants.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Davis and Adel, JJ.; Taylor, J., not voting.

MICHAEL V. CAMPANA, Respondent, v. JOHN A. CAMPANA, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

ELMHURST IRON WORKS, INC., Respondent, v. PARKWAY BUILDERS, INC., and Others, Defendants, and B. J. & K. SUPER SERVICE, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

THERESA FINE, Trading under the Name and Style of HARVARD SILK HOSIERY MILLS, Respondent, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Davis and Adel, JJ.; Taylor, J., not voting.

THE FIRST NATIONAL BANK AND TRUST COMPANY OF BAY SHORE, Respondent, v. THE INCORPORATED VILLAGE OF SALTAIRE, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis and Adel, JJ.; Taylor, J., not voting.

RICHARD K. FOULDS, as Committee of the Estate of EMMA FOULDS, an Incompetent Person, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Defendant, and BERTHA M. PULIS and Another, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis and Adel, JJ.; Taylor, J., not voting.